Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RIVERA,<br><br>        Plaintiff,<br><br>    v.<br><br>PFENEX INC., EEF SCHIMMELPENNINK, JASON GRENFELL-GARDNER, MAGDA MARQUET, JOHN TAYLOR, ROBIN D. CAMPBELL, LORIANNE MASUOKA, and PHILLIP M. SCHNEIDER,<br><br>        Defendants. | Case No: 1:20-cv-04213-MKB-SMG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Rivera hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: December 7, 2020                                    Respectfully submitted,

                                                          **HALPER SADEH LLP**

                                                          By: /s/ Daniel Sadeh
                                                          Daniel Sadeh, Esq.
                                                          667 Madison Avenue, 5th Floor
                                                          New York, NY 10065
                                                          Telephone: (212) 763-0060
                                                          Facsimile: (646) 776-2600

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on December 7, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 7, 2020　　　　　　　　　　　　/s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh